**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN MAYIRAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>HUT 8 CORP., JAIME LEVERTON, and SHENIF VISRAM,<br><br>      Defendants. | Case No.: 1:24-cv-00904-VM<br><br>Hon. Victor Marrero |
| MARK LATINO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>HUT 8 CORP., JAIME LEVERTON, and SHENIF VISRAM,<br><br>      Defendants. | Case No.: 1:24-cv-01636-VM<br><br>Hon. Victor Marrero |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JURAJ PESTY'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Juraj Pesty ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Movant attesting to his transactions of Hut 8 Corp. ("Hut 8" or the "Company") securities;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Hut 8 securities;

**Exhibit C**:   Press Release published February 7, 2024, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Mayiras v. Hut 8 Corp., et. al.,* Case No. 1:24-cv-00904-VM;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: April 8, 2024                                      Respectfully Submitted,


**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Juraj Pesty and*
*[Proposed] Lead Counsel for the Class*

2