# EXHIBIT B

| Client Name | Juraj Pesty |
|---|---|
| Company Name | Hut 8 Corp. |
| Ticker Symbol | HUT |
| Security Type | |
| Class Period Start | 11-09-2023 |
| Class Period End | 01-18-2024 |
| 90-DAY Lookback Period Start | 01-19-2024 |
| 90-DAY Lookback Period End | 04-08-2024 |
| 90-DAY Lookback Average | $ 08.37 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $62,299.98 |
| DURA LIFO* Total | $62,299.98 |
| Gross Shares Purchased | 13,531 |
| Net Shares Retained | 13,531 |
| Net Funds Expended | $175,506.48 |

### Juraj Pesty

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-19-2023 | 450 | 12.93 | $ 5,818.50 | | | | | | - | | 450 | 450 | $ 08.37 | $ 3,764.90 | $ 2,053.60 | $ 2,053.60 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.91 | $ 645.50 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.18 | $ 227.18 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 50 | 12.92 | $ 646.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 227.68 | $ 227.68 |
| 12-19-2023 | 100 | 12.92 | $ 1,292.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 455.35 | $ 455.35 |
| 12-19-2023 | 100 | 12.93 | $ 1,293.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 456.35 | $ 456.35 |
| 12-19-2023 | 40 | 12.93 | $ 517.20 | | | | | | - | | 40 | 40 | $ 08.37 | $ 334.66 | $ 182.54 | $ 182.54 |
| 12-19-2023 | 10 | 12.93 | $ 129.30 | | | | | | - | | 10 | 10 | $ 08.37 | $ 83.66 | $ 45.64 | $ 45.64 |
| 12-19-2023 | 50 | 12.93 | $ 646.50 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 228.18 | $ 228.18 |
| 12-19-2023 | 50 | 12.93 | $ 646.50 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 228.18 | $ 228.18 |
| 12-19-2023 | 100 | 12.93 | $ 1,293.00 | | | | | | - | | 100 | 100 | $ 08.37 | $ 836.65 | $ 456.35 | $ 456.35 |
| 12-19-2023 | 50 | 12.93 | $ 646.50 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 228.18 | $ 228.18 |
| 12-19-2023 | 18 | 12.93 | $ 232.74 | | | | | | - | | 18 | 18 | $ 08.37 | $ 150.60 | $ 82.14 | $ 82.14 |
| 12-19-2023 | 50 | 12.94 | $ 647.00 | | | | | | - | | 50 | 50 | $ 08.37 | $ 418.32 | $ 228.68 | $ 228.68 |
| 12-19-2023 | 200 | 12.94 | $ 2,588.00 | | | | | | - | | 200 | 200 | $ 08.37 | $ 1,673.29 | $ 914.71 | $ 914.71 |
| 12-19-2023 | 11213 | 12.98 | $ 145,544.74 | | | | | | - | | 11213 | 11213 | $ 08.37 | $ 93,813.05 | $ 51,731.69 | $ 51,731.69 |
| Total: | 13,531 | | $175,506.48 | | | | | | | | 13,531 | 13,531 | | $113,206.50 | $62,299.98 | $62,299.98 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.