**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN MAYIRAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUT 8 CORP., JAIME LEVERTON, and SHENIF VISRAM,<br><br>Defendants. | Case No. 1:24-cv-00904-VM |
| MARK LATINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUT 8 CORP., JAIME LEVERTON, and SHENIF VISRAM,<br><br>Defendants. | Case No. 1:24-cv-01636-VM |

**[PROPOSED] ORDER**

Having considered Alizay Saeed's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Hut 8 Corp. Securities Litigation*, Master File No. 1:24-cv-00904-VM;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Alizay Saeed as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.


**IT IS SO ORDERED.**


Dated: _____, 2024       _____
                                          HON. VICTOR MARRERO
                                          UNITED STATES DISTRICT JUDGE

1