# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF
HUT 8 CORP. (HUT) SECURITIES LITIGATION**

I, Alizay Saeed, certify that:

1.　　I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.　　I did not purchase the Hut 8 Corp. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.　　I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.　　My transactions in Hut 8 Corp. securities during the period set forth in the Complaint are as follows:

　　(See attached transactions)

5.　　I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.　　I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/8/2024
_____
Date

_Alizay Saeed_
_____
Alizay Saeed

**Alizay Saeed's Transactions in Hut 8 Corp. (HUT)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/28/2023 | Bought | 6,000 | $16.8500 |