# EXHIBIT C

## Financial Interest Analysis

**Company Name:**     Hut 8 Corp.
**Ticker:**                    HUT
**Class Period:**          November 9, 2023 to January 18, 2024
**Name:**                    Alizay Saeed

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/28/2023 | 6,000 | $16.8500 | -$101,100.0000 | | $0.0000 | -$101,100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **6,000** | | | | **Subtotal:** | **-$101,100.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $49,998.00 |
| | | | $8.3330 | 6,000 | **Total:** | **-$51,102.00** |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between January 18, 2024 and April 5, 2024.