USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUT 8 CORP. SECURITIES LITIGATION | **24 Civ. 904 (VM)** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the October 11, 2024, letter informing the Court that the parties have completed the pre-motion letter exchange regarding the defendants' anticipated motion to dismiss the Consolidated Amended Complaint and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 48.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the parties are directed to submit full briefing pursuant to the schedule in the Court's June 26, 2024, Order. (See Dkt. No. 44.)

**SO ORDERED.**

Dated:     17 October 2024
           New York, New York

Victor Marrero
U.S.D.J.