UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUT 8 CORP. SECURITIES LITIGATION | Case No. 1:24-cv-00904 (VM) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF MARY BETH MALONEY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT**

I, Mary Beth Maloney, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am an attorney licensed to practice law in the State of New York and before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in the above-caption action for Defendants.  I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint ("Complaint").

2.    Pursuant to Judge Victor Marrero's Individual Practice II.E, I attest that for the excerpted documents submitted as Exhibits, I am familiar with the full contents of such documents and possess and will maintain copies of the entire documents until after a final court disposition.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed by Plaintiff Abhishek Maheshwari on June 14, 2024 (Dkt. 39).

4.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Seventh Amendment"), as filed with the Securities and Exchange Commission on November 8, 2023 and deemed effective on November 9, 2023, which is incorporated by reference in the Complaint.

1

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Hut 8's Prospectus on Form 424(b)(3), as filed with the Securities and Exchange Commission on November 9, 2023, which is incorporated by reference in the Complaint.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the report published by J Capital Research on January 18, 2024, titled "The Coming HUT Pump and Dump: Management hiding stock ownership through undisclosed related party, a stock-promotor cabal, and a host of left-for-dead assets," which is incorporated by reference in the Complaint.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Hut 8's January 24, 2024 Press Release, which is incorporated by reference in the Complaint.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Hut 8's 10-Q, as filed with the Securities and Exchange Commission on December 19, 2023, which is incorporated by reference in the Complaint.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Hut 8's Form S-4 ("Initial Registration Statement"), as filed with the Securities and Exchange Commission on February 13, 2023, which is incorporated by reference in the Complaint.

10.     Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("First Amendment"), as filed with the Securities and Exchange Commission on April 18, 2023, which is incorporated by reference in the Complaint.

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Second Amendment"), as filed with the Securities and Exchange Commission on June 13, 2023, which is incorporated by reference in the Complaint.

12.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Third Amendment"), as filed with the Securities and Exchange Commission on July 17, 2023, which is incorporated by reference in the Complaint.

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Fourth Amendment"), as filed with the Securities and Exchange Commission on August 24, 2023, which is incorporated by reference in the Complaint.

14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Fifth Amendment"), as filed with the Securities and Exchange Commission on September 18, 2023 which is incorporated by reference in the Complaint.

15.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Hut 8's Form S-4/A ("Sixth Amendment"), as filed with the Securities and Exchange Commission on November 6 2023, which is incorporated by reference in the Complaint.

16.     Attached hereto as Exhibit 14 is a compilation of true and correct copies of Hut 8's three Forms S-8, as filed with the Securities and Exchange Commission on November 29, 2023, which are incorporated by reference in the Complaint.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
        December 2, 2024


By:  /s/ *Mary Beth Maloney*

Mary Beth Maloney
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2315
MMaloney@gibsondunn.com


3