# EXHIBIT 6

Case 1:24-cv-00904-VM　　Document 54-6　　Filed 12/22/24　　Page 2 of 5

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
# FORM 10-Q

**(Mark One)**

☒　　**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

　　　　**For the quarterly period ended September 30, 2023**

**OR**

☐　　**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

　　　　**For the transition period from ＿＿＿＿＿＿ to ＿＿＿＿＿＿**

**Commission file number 001-41864**

# Hut 8 Corp.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **92-2056803** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1101 Brickell Avenue, Suite 1500** **Miami, Florida** | **33131** |
| (Address of principal executive offices) | (Zip Code) |

**(305) 224-6427**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.01 per share** | **HUT** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days.　Yes ☐　No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).　Yes ☒　No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.　☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).　Yes ☐　No ☒

As of December 18, 2023, the registrant had 88,962,964 shares of its common stock outstanding.

Case 1:24-cv-00904-VM   Document 54-6   Filed 12/02/24   Page 3 of 5

## Table of Contents

|  | Page |
|---|---|
| Introductory Note | 2 |
| Cautionary Statement Regarding Forward-Looking Statements | 3 |
|  |  |
| **PART I** | 4 |
| Item 1. Financial Statements | 4 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 41 |
| Item 4. Controls and Procedures | 43 |
|  |  |
| **PART II** | 44 |
| Item 1. Legal Proceedings | 44 |
| Item 1A. Risk Factors | 44 |
| Item 2. Unregistered Sales of Equity Securities, Use of Proceeds, and Issuer Purchases of Equity | 44 |
| Item 3. Defaults Upon Senior Securities | 44 |
| Item 4. Mine Safety Disclosures | 44 |
| Item 5. Other Information | 44 |
| Item 6. Exhibits | 45 |
|  |  |
| Signatures | 47 |

1

Table of Contents

**U.S. Data Mining Group, Inc. and Subsidiaries**
**Notes to Unaudited Condensed Consolidated Financial Statements**

exercise prices, if applicable, were proportionately decreased in accordance with the terms of the agreements governing such securities. Fractional shares, if any, resulting from the 2022 Stock Split were rounded up to the nearest whole share, and all shares of common stock and preferred stock (including fractions thereof) issuable upon the 2022 Stock Split to a given stockholder were aggregated for the purpose of determining whether the Stock Split would result in the issuance of a fractional share. Conversion terms on the Company's preferred stock were not changed. Preferred stock continues to convert on a one to one basis for common stock.

All of the Company's historical share and per share information related to issued and outstanding common stock, issued and outstanding preferred stock and outstanding options exercisable for common stock in these unaudited condensed consolidated financial statements have been adjusted, on a retroactive basis, to reflect the 2022 Stock Split. See Note 12.

### *Investment in Fahrenheit LLC and Celsius Bankruptcy Bid*

On April 10, 2023, a USBTC subsidiary invested in Fahrenheit LLC ("Fahrenheit"), a joint venture formed for the purposes of bidding on the management rights of a new entity to be formed and vested with certain assets of Celsius Network LLC ("Celsius") in connection with Celsius' bankruptcy auction. On May 25, 2023, Fahrenheit won the auction and was awarded the right to manage and operate the assets of Celsius in exchange for a management fee of $20.0 million per year as part of a five-year agreement with Celsius, subject to the approval of the bankruptcy court. In addition, USBTC, acting separately through its USMIO business, won the right to enter into one or more operating and services agreements with the restructured company, in exchange for a fee of $15.0 million per year net of certain operating expenses, which is also subject to the approval of the bankruptcy court.

On May 26, 2023, the USBTC subsidiary contributed a portion of the initial $10.0 million cash deposit required in the Fahrenheit bid.

On November 29, 2023, Celsius informed Fahrenheit that it was unable to obtain certain regulatory approvals respecting the proposed transaction involving Celsius and Fahrenheit, and, as a result, Celsius would not move forward with the Fahrenheit-sponsored transaction.

On November 30, 2023, Celsius filed a motion disclosing that USBTC, acting separately through its USMIO business, won the right to enter into one or more operating and services agreements pursuant to a revised transaction structure in exchange for a fee of $20.4 million per year net of certain operating expenses as part of a four-year agreement with the restructured company. This revised transaction remains subject to the approval of the bankruptcy court.

The USBTC subsidiary's portion of the initial $10.0 million cash deposit remains in escrow and is anticipated to be returned due to Celsius not moving forward with the Fahrenheit bid. USBTC's USMIO contract bid remains subject to approval and, if approved, will become binding.

There can be no assurance that the Celsius bid will obtain the necessary approvals and USBTC may never realize any benefits from the USMIO contract bid.

### Note 2. Liquidity and Financial Condition

The Company has experienced losses since inception. As of September 30, 2023, the Company had cash of $12.7 million, positive operating cash flows of $2.2 million, working capital of $11.2 million, total stockholders' equity of $23.3 million and an accumulated deficit of ($110.9) million. To date, the Company has, in large part, relied on equity and debt financings to fund its operations. The Company believes its current cash on hand, proceeds from sales of cryptocurrency and ongoing operations will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these unaudited condensed consolidated financial statements are issued.

During the quarter ended September 30, 2023, the Company paid approximately $15.1 million against its notes payable.

During the fiscal year ended June 30, 2023, the Company received net debt proceeds of approximately $13.0 million.

For a detailed discussion about the Company's liquidity and financial condition, see the Company's June 30, 2023, consolidated financial statements.

10

Case 1:24-cv-00904-VM Document 54-6 Filed 12/02/24 Page 5 of 5

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: December 19, 2023

Hut 8 Corp.

By: */s/ Jaime Leverton*

Jaime Leverton
Chief Executive Officer

47