# Exhibit A

**Appendix A**

Chart of Alleged Misstatements

| # | CAC ¶ | Statement and Source[1] | Defenses | Risk Disclosures/Relevant Additional Context[2] |
|---|---|---|---|---|
| **A. Financial Condition Statements** | | | | |
| A1. | 61 | "[USBTC] has experienced losses since inception. As of June 30, 2022, [USBTC] had cash of $21.1 million, positive operating cash flows of $1.4 million, working capital of ($63.1) million, total stockholders' equity of $87.6 million and an accumulated deficit of $40.9 million. Working capital of ($63.1) million is the result of [USBTC]'s current portion of notes payable, see Note 16 which addresses the extinguishment of $89.1 million of notes payable. To date, [USBTC] has, in large part, relied on equity and debt financings to fund its operations. **[USBTC] believes its current cash on hand and subsequent equity and debt financings will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these unaudited condensed consolidated financial statements are issued."**<br><br>(Initial Registration Statement in Note 2 to USBTC's Consolidated Financial Statements. Ex. 7.)<br><br>(The first, second, and third amendments to the registration statement contain identical statements regarding the "Liquidity and Financial Condition" of USBTC in Note 2 to USBTC's Consolidated Financial Statements. Exs. 8, 9, 10.) | Not False<br><br>Opinion<br><br>Puffery<br><br>Forward-looking<br><br>Scienter<br><br>Loss Causation<br><br>Standing | ***USBTC is an early-stage company with limited operating history and may never become profitable.*** …. To date, USBTC has incurred losses as set forth below and may never become profitable. …. As of June 30, 2023, USBTC had an accumulated deficit of $106.5 million…..<br><br>Additionally, there can be no assurance that additional funding will be available to USBTC for the development of its business, which will require the commitment of substantial resources. … Accordingly, you should consider USBTC's prospects in light of the costs, uncertainties, delays and difficulties frequently encountered by companies in the early stages of development. Potential investors should carefully consider the risks and uncertainties that a company with a limited operating history will face. In particular, potential investors should consider that USBTC may be unable to:<br><br>• successfully implement or execute its business plan, or demonstrate that its business plan is sound;<br>• adjust to changing conditions or keep pace with increased demand; or<br>• attract and retain an experienced management team; or raise sufficient funds in the capital markets to effectuate its business plan. |

---

[1] Emphasis consistent with CAC.
[2] For ease of review, citations are to November 9, 2023 Registration Statement (the effective version), which reflects the Initial Registration Statement and all amendments thereto. Emphasis in original.

1

| # | CAC ¶ | Statement and Source[1] | Defenses | Risk Disclosures/Relevant Additional Context[2] |
|---|---|---|---|---|
| | | | | (November 9, 2023 Registration Statement (Ex. 2) at 41-42.)<br><br>*USBTC faces certain risks associated with its current indebtedness, and failure to service debt under contracted terms may have a material adverse effect on the company's business, financial condition, and results of operations.*<br>USBTC is subject to a number of risks associated with its indebtedness. USBTC must dedicate a portion of its cash flows from operations to pay debt service costs, and it therefore has less funds available for operations and other purposes. All else being equal, USBTC is more vulnerable to economic downturns and fluctuations in interest rates, less able to withstand competitive pressures and less flexible in reacting to changes in the industry and general economic conditions. If USBTC were to default under any of its existing credit facilities or if its creditors demand payment of a portion or all of its indebtedness, USBTC may not have sufficient funds to make such payments and/or it may result in the repossession of assets encumbered by its creditors . . . .<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 48.)<br><br>USBTC has experienced significant negative cash flow from operations to date and may continue to experience significant negative cash flow in the future. While USBTC has experienced historical losses and liquidity issues, it had enough cash or cash equivalents to pay the one holder of Series A Shares.<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 53.) |

2

| # | CAC ¶ | Statement and Source[1] | Defenses | Risk Disclosures/Relevant Additional Context[2] |
|---|---|---|---|---|
| A2. | 63 | "[USBTC] has experienced losses since inception. As of September 30, 2022, [USBTC] had cash of $11.4 million, positive operating cash flows of $8.4 million, working capital of ($88.8) million, total stockholders' equity of $89.9 million and an accumulated deficit of $41.4 million. Working capital of ($88.8) million is the result of the [USBTC]'s current portion of notes payable, see Note 15 which addresses the extinguishment of $89.1 million of notes payable. To date, [USBTC] has, in large part, relied on equity and debt financings to fund its operations. [USBTC] believes its current cash on hand and subsequent equity and debt financings will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these unaudited condensed consolidated financial statements are issued."<br><br>(Initial Registration Statement in Note 2 to USBTC's Unaudited Condensed Financial Statements.  Ex. 7.) | Not False<br><br>Opinion<br><br>Puffery<br><br>Forward-looking<br><br>Scienter<br><br>Loss Causation<br><br>Standing | See above at A1. |
| A3. | 64 | **"[USBTC] believes its current cash on hand and subsequent equity and debt financings will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these unaudited condensed consolidated financial statements are issued."**<br><br>(The first, second, and third amendments to the registration statement contain similar statements regarding the "Liquidity and Financial Condition" of USBTC in Note 2 or 3 to USBTC's Unaudited Condensed Financial Statements.  Exs. 8, 9, 10.) | Not False<br><br>Opinion<br><br>Puffery<br><br>Forward-looking<br><br>Scienter<br><br>Loss Causation<br><br>Standing | See above at A1. |
| A4. | 65 | "[USBTC] has experienced losses since inception. As of June 30, 2023, [USBTC] had cash of $10.4 million, operating cash flows of ($29.3) million, total stockholders' equity of $27.4 million and an accumulated deficit of $106.5 million. To date, [USBTC] has, in large part, relied on equity and debt | Not False<br><br>Opinion<br><br>Puffery | See above at A1. |

| # | CAC ¶ | Statement and Source[1] | Defenses | Risk Disclosures/Relevant Additional Context[2] |
|---|---|---|---|---|
| | | financings to fund its operations. **[USBTC] believes its current cash on hand, proceeds from the sales of cryptocurrency and ongoing operations will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these consolidated financial statements are issued.**" <br><br> (Fourth, fifth, sixth, and seventh amendments to the registration statement, and the Prospectus in Note 2 to USBTC's Consolidated Financial Statements.  Exs. 11, 12, 13, 2, 3.) | Forward-looking <br><br> Scienter <br><br> Loss Causation <br><br> Standing (for fourth, fifth, and sixth amendments) | |
| A5. | 66 | "[USBTC] has experienced losses since inception. As of September 30, 2023, [USBTC] had cash of $12.7 million, positive operating cash flows of $2.2 million, working capital of $11.2 million, total stockholders' equity of $23.3 million and an accumulated deficit of ($110.9) million. To date, [USBTC] has, in large part, relied on equity and debt financings to fund its operations. **[USBTC] believes its current cash on hand, proceeds from the sale of cryptocurrency, and ongoing operations will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these unaudited condensed consolidated financial statements are issued.**" <br><br> (December 19, 2023 10-Q in Note 2 to USBTC's Unaudited Condensed Financial Statements.  Ex. 6.) | Not False <br><br> Opinion <br><br> Puffery <br><br> Forward-looking <br><br> Scienter <br><br> Loss Causation | See above at A1. |
| A6. | 67 | "USBTC has incurred net losses since its inception **but does not anticipate it will continue to incur net losses for the foreseeable future**" <br><br> (Initial Registration Statement, all amendments thereto, and the Prospectus in "Liquidity and Capital Resources" section.  Exs. 7-13, 2, 3.) | Not False <br><br> Opinion <br><br> Puffery <br><br> Forward-looking <br><br> Scienter | See above at A1. |

4

| # | CAC ¶ | Statement and Source[1] | Defenses | Risk Disclosures/Relevant Additional Context[2] |
|---|---|---|---|---|
| | | | Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | |
| A7. | 68 | "[USBTC] has experienced losses since inception. As of June 30, 2023, [USBTC] had cash of $10.4 million, operating cash flows of ($29.3) million, total stockholders' equity of $27.4 million and an accumulated deficit of $106.5 million. To date, [USBTC] has, in large part, relied on equity and debt financings to fund its operations. **[USBTC] believes its current cash on hand, proceeds from the sales of cryptocurrency and ongoing operations will be sufficient to meet its operating and capital requirements for at least the next twelve months from the date these consolidated financial statements are issued.**"<br><br>(Forms S-8, incorporating Prospectus by reference.  Ex. 14.)<br><br>"USBTC has incurred net losses since its inception **but does not anticipate it will continue to incur net losses for the foreseeable future**"<br><br>(Forms S-8, incorporating Prospectus by reference.  Ex. 14.) | Not False<br><br>Opinion<br><br>Puffery<br><br>Forward-looking<br><br>Scienter<br><br>Loss Causation | See above at A1. |

| B. Energy and Connectivity Statements | | | | |
|---|---|---|---|---|
| B1. | 88 | "The USBTC team will bring significant leadership in energy orientation, development, demand response, hedging, grid stabilization analytics to [the Company], which will enhance [the Company]'s ability to better plan around stable and predictable energy usage and mitigate fluctuating prices across markets."<br><br>(Initial Registration Statement, all amendments thereto, and the Prospectus in "Questions and Answers about the Business Combination." Exs. 7-13, 2, 3.) | Not False<br><br>Puffery<br><br>Opinion<br><br>Scienter<br><br>Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | Key strategic advantages of the Business Combination include:<br><br>*A strengthened financial position and flexibility …*<br><br>*An accelerated diversification strategy for New Hut* …<br><br>*Maintaining commitment to advancing the high performance computing traditional data center business …*<br><br>*A strengthened, proven and trusted senior leadership team and board of directors with a track record of value creation …*<br><br>*A growing pipeline of opportunities …*<br><br>*Enhancing New Hut's position in one of the world's high-potential Bitcoin mining regions …*<br><br>*Advancing commitment to driving improvements across all ESG metrics …*<br><br>*Improving New Hut's energy expertise and hedging capabilities*<br>The USBTC team will bring significant leadership in energy origination, development, demand response, hedging, grid stabilization and analytics to New Hut, which will enhance New Hut's ability to better plan around stable and predictable energy usage and mitigate fluctuating prices across markets.<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 1-2.)<br><br>In reaching its decision to approve the Business Combination, the Hut 8 Board considered a variety of factors, including its knowledge of USBTC's |

6

| | | | | |
|---|---|---|---|---|
| | | | | business, operations, financial condition, results of operations and prospects, as well as the risks in achieving those prospects, including uncertainties associated with achieving financial forecasts. In making its determination, the Hut 8 Board considered a number of factors, including, but limited to, the following:

the Hut 8 Board's belief that the Business Combination would enhance Hut 8's competitive position by increasing its operating scale and scope, diversifying its business model, and strengthening its balance sheet; …

the Hut 8 Board's belief that the USBTC team brings significant leadership in energy origination, development, demand response, hedging, grid stabilization, and analytics significantly enhancing Hut 8's ability to mitigate fluctuating energy prices across markets; …

the Hut 8 Board's understanding of the business, assets and liabilities, results of operations, financial performance, strategic direction and prospects of each of USBTC and Hut 8; and

the result of Hut 8's commercial, financial, and legal due diligence of USBTC and the reputation, business practices, and experience of USBTC and its management.

(November 9, 2023 Registration Statement (Ex. 2) at 87-88.) |
| B2. | 89 | "The Echo facility at King Mountain is co-located behind the meter at a wind farm, and at peak wind generation periods can draw up to 100% of the energy the wind project produces to power mining and hosting; the rest of the time, the energy is sources from ERCOT . . . ." | Not False

Opinion

Puffery

Scienter | *Although USBTC expects that the acquisition of the King Mountain JV interest will result in benefits to it, USBTC may not realize those benefits due to unforeseen difficulties.* USBTC recently acquired its 50% interest in the King Mountain JV, including assuming an approximately $96.8 million promissory note in |

7

| (Initial Registration Statement, all amendments thereto, and the Prospectus in "Commitment to ESG." Exs. 7-13, 2, 3.) | Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | connection with the acquisition. USBTC acquired this interest on an "as is" basis from a bankruptcy administrator or trustee with limited representations, which limits USBTC's recourse against the sellers of the interest after closing, which in turn may expose us to unexpected material losses or expenses after the closing. USBTC's diligence investigations with respect to the King Mountain JV were limited, which may also expose us to unexpected material losses or expenses after the closing.<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 44.)<br><br>*USBTC faces certain risks associated with its current joint venture and may face similar risks in the future by entering into other joint ventures, and the materialization of any of these risks may have a material adverse effect on the company's business, financial condition, and results of operations.* Joint ventures inherently involve a lesser degree of control over business strategy and operations, thereby potentially increasing the financial, legal, operational, regulatory, and/or compliance risks associated with them, and require the diversion of financial and management resources from existing operations or alternative opportunities. …<br><br>For example, USBTC owns a 50% membership interest in a joint venture with one of the world's largest renewable energy producers with respect to the Echo data center in King Mountain, Texas. … If the member managers of USBTC and its joint venture partner are not aligned with respect to business interests, strategies, or goals, or if the member managers of USBTC and its joint venture partner cannot reach agreement in decision-making processes, there is a risk that USBTC may not be able to operate the King Mountain site optimally from a financial, legal, operational, regulatory, and/or compliance perspective. If this |

8

| | | | | |
|---|---|---|---|---|
| | | | | ==situation materializes, it may have a material adverse effect on the company's business, financial condition, and results of operations.==<br><br>==Business decisions or other actions or omissions of the partners, controlling shareholders, management, or other persons or entities who control them may adversely affect the value of USBTC's interest in the joint venture, result in litigation or regulatory action against USBTC, and may otherwise damage USBTC's reputation and brand.==<br><br>==(November 9, 2023 Registration Statement (Ex. 2) at 47-48.)== |
| B3. | 90 | "The operation of the grids USBTC relies on, including the . . . [Electrical Reliability Counsel of Texas (ERCOT)] grid[] . . . subjects USBTC to a variety of risks, including the breakdown and failure of equipment . . . [and] outages affecting information technology systems."<br><br>(Initial Registration Statement, all amendments thereto, and the Prospectus in "USBTC's Power Generation-Related Risks." Exs. 7-13, 2, 3.) | ==Not False==<br><br>Scienter<br><br>Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | *The grids that USBTC relies on for energy may not be able to operate as planned, which may increase USBTC's expenses and decrease its revenues and have an adverse effect on USBTC's business, financial condition and results of operations.*<br>The operation of the grids USBTC relies on, including the NYISO and ERCOT grids, as well as USBTC's information technology systems and other assets and conduct of other activities subjects USBTC to a variety of risks, including the breakdown or failure of equipment, accidents, security breaches, viruses or outages affecting information technology systems … These events may impact USBTC's ability to conduct its businesses efficiently and lead to increased costs, expenses or losses. Planned and unplanned outages with respect to the power grids that USBTC relies on may require USBTC to purchase power at then-current market prices which could have a negative impact on the cost structure of USBTC's Bitcoin mining operations.<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 64.) |

|  |  |  | *The properties included in USBTC's mining and hosting network may experience damages, including damages that are not covered by insurance.* USBTC's current mining and hosting operations in New York, Nebraska and Texas are, and any future mines USBTC establishes will be, subject to a variety of risks relating to physical condition and operation…For example, a mine could be rendered inoperable, temporarily or permanently, as a result of a fire or other natural disaster … Additionally, a mine could be materially adversely affected by a power outage or loss of access to the electrical grid or loss by the grid of cost-effective sources of electrical power generating capacity. Given the power requirement, it would not be feasible to run miners on back-up power generators in the event of a power outage. USBTC's insurance may cover all or a portion of the replacement cost of any lost or damaged miners, but does not cover any interruption of its mining activities; … In the event of an uninsured loss, … such mines may not be adequately repaired in a timely manner or at all and USBTC may lose some or all of the future revenues anticipated to be derived from such mines.<br><br>(November 9, 2023 Registration Statement (Ex. 2) at 50.)<br><br>*The cost of obtaining new and replacement miners and parts has historically been capital-intensive and is likely to continue being capital-intensive, which could materially and adversely affect USBTC's business, financial condition, and results of operations.* USBTC's mining operations can only be profitable if the costs, inclusive of hardware and electricity costs, associated with mining digital assets is lower than the price of the digital assets mined at the time of sale. … |
|---|---|---|---|

10

==highlight==If USBTC is unable to obtain a sufficient unit volume of miners and equipment at scale, it may be unable to remain competitive in a highly competitive and evolving industry. If this happens, USBTC may not be able to mine digital assets as efficiently or at a comparable scale as competitors. As a result, the company's business, financial condition, and results of operations could suffer. This could, in turn, materially and adversely affect the trading price of the company's common stock and investors could lose part or all of their investment.==

==highlight==(November 9, 2023 Registration Statement (Ex. 2) at 42.)==

*Failure of critical systems of the hosting facilities operated by USBTC and the services provided by USBTC could have a material adverse effect on its business, financial condition, and results of operations.*

The critical systems of the hosting facilities operated by USBTC and the services provided by USBTC are subject to failure. Any failure in the critical systems of any hosting facility operated by USBTC or services provided by USBTC, including a breakdown in critical plant, equipment or services, routers, switches or other equipment, power supplies or network connectivity, whether or not within the company's control, could result in service interruptions to the company's customers and/or damage to equipment, which could significantly disrupt the normal business operations of the company's customers, harm the company's reputation, and reduce the company's revenue. Temporary downtime at any hosting facility operated by USBTC could reduce the amount of Bitcoin mined by the company and thereby reduce the profitability of its hosting customers. ... Since the company's ability to attract and retain customers depends on its ability

to provide a reliable service, even minor interruptions in service could harm the company's reputation and negatively impact its revenue and profitability. Any of these events may result in financial penalty, which could have a material adverse effect on its business, financial condition, and results of operations

The services provided by USBTC are subject to temporary or permanent interruption by factors that include but are not limited to:

- Power loss;
- Equipment failure; …
- Failure by USBTC or its suppliers to provide adequate service or maintain equipment;
- Network connectivity downtime and fiber cuts; …

(November 9, 2023 Registration Statement (Ex. 2) at 45.)

*USBTC's commercial success depends in large part on its ability to contribute computing power to pools that mine digital assets for the company and its hosting customers, attract and retain customers within the company's hosting and property management businesses, and sell mining equipment profitably. Increases in power costs or an inability to mine digital assets efficiently at favorable prices will reduce the company's operating margins, impact its ability to attract and retain customers, and harm its growth prospects and could have a material adverse effect on USBTC's business, financial condition and results of operations.*

USBTC's growth depends in large part on its ability to contribute computing power to pools that mine digital assets for the company and its hosting customers, attract and retain customers within the company's hosting and property management businesses, and sell mining

12

|  |  |  |  | equipment profitably. With respect to its hosting and property management businesses, USBTC may not be able to attract and retain customers for a number of reasons, including if: <br><br> … <br><br> • USBTC is unable to provide services that meet the needs of existing or potential customers; <br> … <br> • USBTC provides hosting or property management services that are deemed by existing and potential customers to be inferior to those of its competitors; <br> • USBTC fails to meet customers' ongoing and evolving program qualification standards, based on a range of factors, including available power, preferred site design specifications, security considerations and connectivity; … <br><br> (November 9, 2023 Registration Statement (Ex. 2) at 46-47.) |
| B4. | 92 | "*USBTC may face risks of Internet disruptions, which could have an adverse effect on the price of Bitcoin.* <br> A disruption of the Internet may affect the use of Bitcoin and subsequently the value of USBTC's securities. Generally, Bitcoin and USBTC's business of mining digital assets is dependent upon the Internet. A significant disruption in Internet connectivity could disrupt a currency's network operations until the disruption is resolved and have an adverse effect on the price of Bitcoin and USBTC's ability to contribute computing power to pools that mine Bitcoin." <br><br> (Initial Registration Statement, all amendments thereto, and the Prospectus in "Risks Relating to USBTC's Business." Exs. 7-13, 2, 3.) | Forward-Looking Statement <br><br> Scienter <br><br> Loss Causation <br><br> Standing (for Initial Registration Statement and first through sixth amendments) | See above at B3. |

13

| | | | | |
|---|---|---|---|---|
| **C. Regulation S-K Statements** | | | | |
| C1. | 102 | "USBTC has incurred net losses since its inception but does not anticipate it will continue to incur net losses for the foreseeable future."<br><br>(Initial Registration Statement, all amendments thereto, and the Prospectus in "Liquidity and Capital Resources" section.  Exs. 7-13, 2, 3.) | Forward-Looking Statement<br><br>Opinion<br><br>Puffery<br><br>Scienter<br><br>Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | See above at A1. |
| C2. | 108 | "*USBTC may face risks of Internet disruptions, which could have an adverse effect on the price of Bitcoin.*<br>A disruption of the Internet may affect the use of Bitcoin and subsequently the value of USBTC's securities. Generally, Bitcoin and USBTC's business of mining digital assets is dependent upon the Internet. A significant disruption in Internet connectivity could disrupt a currency's network operations until the disruption is resolved and have an adverse effect on the price of Bitcoin and USBTC's ability to contribute computing power to pools that mine Bitcoin."<br><br>(Initial Registration Statement, all amendments thereto, and the Prospectus in "Risks Relating to USBTC's Business."  Exs. 7-13, 2, 3.) | Forward-Looking Statement<br><br>Scienter<br><br>Loss Causation<br><br>Standing (for Initial Registration Statement and first through sixth amendments) | See above at B3. |

14