USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE HUT 8 CORP. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

---

24 Civ. 904 (VM)

**DECISION AND ORDER**

**VICTOR MARRERO, United States District Judge.**

Lead Plaintiff Abhishek Maheshwari, individually and on behalf of all others similarly situated, filed a Consolidated Amended Complaint on June 14, 2024. (Dkt. No. 39.) Defendants filed an Answer to the Complaint on October 24, 2025. (Dkt. No. 60.)

Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the

1

Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     28 October 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.