USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/3/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE HUT 8 CORP. SECURITIES LITIGATION | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **24 Civ. 904 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' joint status letter and proposed Case Management plan. (See Dkt. No. 63.) The parties are hereby directed to submit an amended proposed Case Management Plan providing that no further joinder of additional parties or filing of amended pleadings can be made without leave of court.

**SO ORDERED.**

Dated:    3 December 2025
          New York, New York

_____
          Victor Marrero
          U.S.D.J.