# GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

February 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/4/2026

Via ECF

The Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10017

Re:     *In re Hut 8 Securities Litigation*, Case No. 1:24-cv-904-VM (S.D.N.Y)
        Joint Letter Motion to Stay Pending Mediation

Dear Judge Marrero:

    We are counsel for Hut 8 Corp. ("Hut 8"), Asher Genoot, Michael Ho, Jaime Leverton, and Shenif Visram (collectively, the "Individual Defendants," and together with Hut 8, the "Defendants"), the Defendants (together with Lead Plaintiff Abishek Maheshwari, the "Parties") in the above-captioned matter.  Pursuant to Rule I.A. of Your Honor's Individual Practices, the Parties jointly write to request a temporary stay of proceedings pending scheduled mediation.  As stated in the December 5, 2025 Amended Case Management Plan and Scheduling Order (Dkt. 66) (the "Scheduling Order"), the Parties agreed to participate in mediation and to seek a temporary stay of proceedings pending mediation.

    Since filing the Scheduling Order, the Parties have coordinated to select a mediator and to schedule the mediation for the first date all relevant parties are available, March 30, 2026.  The Parties believe a stay of proceedings to determine if that mediation can be successful is appropriate in order to conserve judicial resources and to allow the Parties to meaningfully engage in settlement discussions.  Accordingly, the Parties respectfully request a temporary stay of all proceedings through April 15, 2026.

    The Parties thank the Court for its attention to this matter.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Monica K. Loseman

POMERANTZ LLP

Murielle J. Steven Walsh*
*with consent to file

cc: All Counsel of Record (via ECF)

Request **GRANTED.**
The parties' request for a temporary stay is hereby granted. All proceedings in this matter are hereby stayed until April 15, 2026, to assist in mediation and settlement.

**SO ORDERED.**

2/4/2026
_____
DATE

VICTOR MARRERO, U.S.D.J.