# GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

April 14, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/15/26__

<u>Via ECF</u>

The Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10017

Re:    *In re Hut 8 Securities Litigation*, Case No. 1:24-cv-904-VM (S.D.N.Y)
       <u>Joint Letter Motion to Extend Stay Pending Mediation</u>

Dear Judge Marrero:

   We are counsel for Hut 8 Corp. ("Hut 8"), Asher Genoot, Michael Ho, Jaime Leverton, and Shenif Visram (collectively, the "Individual Defendants," and together with Hut 8, the "Defendants"), and Lead Plaintiff Abishek Maheshwari (together, with Defendants, the "Parties") in the above-captioned matter.  Pursuant to Rule I.A. of Your Honor's Individual Practices, the Parties jointly write to request an extension to the temporary stay of proceedings pending scheduled mediation.

   On February 2, 2026, the Parties filed their first joint letter motion to stay all proceedings through April 15, 2026 pending mediation (Dkt. 67), which Your Honor granted on February 4, 2026 (Dkt. 68).  The Parties were originally scheduled to attend mediation on March 30, 2026. However, due to a scheduling conflict that arose, the Parties had to reschedule the mediation for May 7, 2026, the earliest date on which the mediator and all relevant parties are available.  The Parties believe an extension of the stay of proceedings is appropriate in order to conserve judicial resources and to allow the Parties to meaningfully engage in settlement discussions.  Accordingly, the Parties respectfully request that the Court extend the temporary stay of all proceedings through May 22, 2026.

   The Parties thank the Court for its attention to this matter.

                                        Sincerely,

GIBSON, DUNN & CRUTCHER LLP                      POMERANTZ LLP

*/s/ Monica K. Loseman*                           */s/ Murielle J. Steven Walsh**
                                                 *with consent to file

cc: All Counsel of Record (via ECF)



Request **GRANTED.**

The parties' request for an extension of the temporary stay is granted. The stay of all proceedings in this matter is hereby extended until May 22, 2026.

**SO ORDERED.**

__4/15/26__
DATE                              VICTOR MARRERO, U.S.D.J.