POMERANTZ LLP

**Murielle Steven Walsh**
Partner

May 28, 2026

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1610
New York, New York 10007

Re: *In re Hut 8 Securities Litigation*, Case No. 1:24-cv-904-VM
Joint Letter Notice of Settlement

Dear Judge Marrero:

Lead Plaintiff Abhishek Maheshwari and Defendants Hut 8 Corp., Asher Genoot, Michael Ho, Jaime Leverton, and Shenif Visram write jointly to notify the Court that the parties have reached a settlement in principle of this matter.

The parties are working to document their agreement, after which the parties will file a stipulation of settlement and will use their best efforts to submit a motion for preliminary approval of the settlement under Federal Rule of Civil Procedure 23(e) no later than June 22, 2026. The parties therefore respectfully request that all deadlines and proceedings in this matter be stayed.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Monica K. Loseman**
*with consent to file

POMERANTZ LLP

*/s/ Murielle J. Steven Walsh*

CC: All counsel of record via ECF



mjsteven@pomlaw.com
600 Third Avenue, New York, NY 10016 Main: 212.661.1100 Direct: 646.581.9977
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com