USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/29/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUT 8 CORP. SECURITIES LITIGATION | **24 Civ. 904 (VM)** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The request for a stay (Dkt. No. 71) is granted. All deadlines and proceedings in this matter are hereby stayed pending settlement.

**SO ORDERED.**

Dated:     29 May 2026
           New York, New York

_____
        Victor Marrero
        U.S.D.J.