USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUT 8 CORP. SECURITIES LITIGATION | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **24 Civ. 904 (VM)**<br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court's Order granting the unopposed motion for preliminary approval of the class action settlement (Dkt. No. 80) contained a mistake as to the time of the Settlement Hearing. The Settlement Hearing, to be held before the Court pursuant to Federal Rule of Civil Procedure 23(e), is hereby scheduled for November 6, 2026, at 1:00 p.m.

**SO ORDERED.**

Dated: 13 July 2026
New York, New York

Victor Marrero
U.S.D.J.